19-3344(L)
Starr Indemnity & Liab. Co. v. Brightstar Corp.

**UNITED STATES COURT OF APPEALS**
**FOR THE SECOND CIRCUIT**

**SUMMARY ORDER**

**RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT. CITATION TO A SUMMARY ORDER FILED ON OR AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY FEDERAL RULE OF APPELLATE PROCEDURE 32.1 AND THIS COURT'S LOCAL RULE 32.1.1. WHEN CITING A SUMMARY ORDER IN A DOCUMENT FILED WITH THIS COURT, A PARTY MUST CITE EITHER THE FEDERAL APPENDIX OR AN ELECTRONIC DATABASE (WITH THE NOTATION "SUMMARY ORDER"). A PARTY CITING TO A SUMMARY ORDER MUST SERVE A COPY OF IT ON ANY PARTY NOT REPRESENTED BY COUNSEL.**

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 5th day of November, two thousand twenty.

PRESENT: RAYMOND J. LOHIER, JR.,
MICHAEL H. PARK,
*Circuit Judges,*
JED S. RAKOFF,*
*Judge.*

------------------------------------------------------------------

STARR INDEMNITY & LIABILITY COMPANY,

*Plaintiff-Counter-Defendant-Appellee-*
*Cross-Appellant,*

v.

---

* Judge Jed S. Rakoff, of the United States District Court for the Southern District of New York, sitting by designation.

BRIGHTSTAR CORP., BRIGHTSTAR GERMANY GMBH,

No. 19-3344(L),
No. 19-3416(XAP)

*Defendants-Counter-Claimants-Counter-Defendants-Appellants-Cross-Appellees.*

------------------------------------------------------------------

FOR DEFENDANTS-COUNTER-CLAIMANTS-COUNTER-DEFENDANTS-APPELLANTS-CROSS-APPELLEES:

MARK L. DURBIN (Vivian C. Michael, Dennis J. Nolan, Anderson Kill P.C., New York, NY; Charles Edwards, Barnes & Thornburg LLP, Chicago, IL, *on the brief*), Barnes & Thornburg LLP, Chicago, IL.

FOR PLAINTIFF-COUNTER-DEFENDANT-APPELLEE-CROSS-APPELLANT:

JOHN A. V. NICOLETTI, (Nooshin Namazi, Kevin J. B. O'Malley, *on the brief*), Nicoletti Hornig & Sweeney, New York, NY.

Appeal from a judgment of the United States District Court for the Southern District of New York (Gabriel W. Gorenstein, *Magistrate Judge*).

UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED,

2

AND DECREED that the September 17, 2019 judgment of the District Court is AFFIRMED.

Brightstar Corp. and Brightstar Germany GmbH (collectively, "Brightstar") appeal from a September 17, 2019 judgment of the United States District Court for the Southern District of New York (Gorenstein, M.J.) granting summary judgment in favor of Starr Indemnity & Liability Company ("Starr"). Starr, an insurance company, brought this action seeking a declaratory judgment that Brightstar is not entitled to coverage under the parties' insurance policy for the loss of wireless communication devices at a warehouse in Germany in November 2013. On appeal, the primary issue is whether the full $25 million limit on liability under the policy applied to the German warehouse where the loss occurred. We assume the parties' familiarity with the underlying facts and prior record of proceedings, to which we refer only as necessary to explain our decision to affirm.

For substantially the reasons stated by the District Court in its thorough opinion and order entered July 12, 2019, we conclude that the full $25 million limit of liability does not apply under the policy to the German warehouse.

3

We have considered Brightstar's remaining arguments and conclude that they are without merit.  For the foregoing reasons, the judgment of the District Court is AFFIRMED.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

4